IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HELP HOSPITALIZED VETERANS,<br>    Plaintiff,<br><br>v.<br><br>AMERICAN TARGET<br>ADVERTISING, INC., *et al.*,<br>    Defendants. | Case No. 1:13-cv-1184 |

## ORDER

The matter came before the Court for a final pretrial conference.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that the parties are **DIRECTED** to comply with the following schedule with regard to the parties' forecasted cross motions for summary judgment.

- The parties' cross motions for summary judgment must be filed by 5:00 p.m. on Tuesday, March 11, 2014.

- The parties' responses must be filed by 5:00 p.m. on Thursday, March 20, 2014.

- The parties' replies must be filed by 5:00 p.m. on Wednesday, March 26, 2014.

It is further **ORDERED** that oral argument on the parties' cross motions for summary judgment, if necessary, is **SCHEDULED** for 10:00 a.m. on Friday, April 4, 2014.

It is further **ORDERED** that the parties are **DIRECTED** to comply with the following schedule with regard to defendants' forecasted motion regarding lack of evidence on damages.

- Defendants' motion must be filed by 5:00 p.m. on Wednesday, February 26, 2014.

- Plaintiff's response must be filed by 5:00 p.m. on Friday, March 7, 2014.

- Defendants' reply must be filed by 5:00 p.m. on Tuesday, March 11, 2014.

It is further **ORDERED** that oral argument on defendants' motion regarding lack of evidence on damages, if necessary, is **SCHEDULED** for 10:00 a.m. on Friday, March 14, 2014.

The Clerk is directed to send a copy of this Order to all counsel of record.


Alexandria, VA
February 20, 2014

</br>

/s/
T. S. Ellis, III
United States District Judge